FILED IN CHAMBERS
U.S.D.C. Rome

APR 21 2008

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |  |
|---|---|---|
| IN RE HOME DEPOT INC.<br>DERIVATIVE LITIGATION,<br><br><br>This Document Relates To:<br>ALL ACTIONS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Master File No:<br>1:07-CV-0356-RLV |

## CONSENT ORDER STAYING PROCEEDINGS

WHEREAS these are derivative proceedings asserting various claims against certain officers and directors of The Home Depot, Inc. ("Home Depot"); and

WHEREAS there are derivative and shareholder proceedings asserting similar claims against certain directors and officers of Home Depot, several of which are also parties to this case, pending in the Superior Court of Fulton County, Georgia before Judge Craig L. Schwall (*City of Pontiac General Employees' Retirement System, et al., v. Kenneth G. Langone, et al.*, Civil Action No. 2006-CV-122302; *Wandel v. Gregory D. Brenneman, et al.*, Civil Action No. 2006-CV-117491), and in this Court (*Rosinek v. The Home Depot, Inc., et al.*, 1:07-CV-2972-RLV); and

WHEREAS the parties to this litigation have joined in a comprehensive Stipulation of Settlement that, if approved, will resolve all outstanding claims in multiple actions, including this action; and

WHEREAS the Stipulation of Settlement was submitted and preliminarily approved by Judge Schwall on April 3, 2008; and

WHEREAS Judge Schwall has scheduled a final approval hearing for June 10, 2008; and

WHEREAS upon final approval of the Stipulation of Settlement the parties to the instant litigation will seek this Court's permission to dismiss this action; and

WHEREAS the parties have agreed to the terms of this Consent Order as evidenced by the signatures of their counsel below,

IT IS HEREBY ORDERED as follows:

1.      Following the June 10, 2008 final approval hearing, the parties shall report to this Court as to whether they will seek the Court's permission to dismiss this action.

2.      In the interim, all proceedings in this action are hereby stayed pending the outcome of the settlement proceedings in the Superior Court of Fulton County, Georgia before Judge Schwall.

SO ORDERED this 21st day of _____April_____, 2008.


_____
Honorable Robert L. Vining, Jr.
United States District Court Judge


[SIGNATURES OF COUNSEL APPEAR ON FOLLOWING PAGE]

AGREED this 10th day of April, 2008

**HOLZER HOLZER & FISTEL, LLC**
*/s/ Michael I. Fistel, Jr.*
Corey D. Holzer
Ga. Bar No. 364698
Michael I. Fistel, Jr.
Ga. Bar No. 262062
1117 Perimeter Center West
Suite E-107
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Co-Lead Counsel and Liaison Counsel for Plaintiffs*

**LABATON SUCHAROW LLP**
Eric Belfi
Donald P. Delaney
40 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
Marc Godino
1801 Avenue of the Stars
Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Co-Lead Counsel for Plaintiffs*

KING & SPALDING LLP
*/s/ John P. Brumbaugh*
Michael R. Smith
Ga. Bar No. 661689
John P. Brumbaugh
Ga. Bar No. 085378
David E. Meadows
Ga. Bar No. 500352
Michael J. Cates
Ga. Bar No. 116356
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Attorneys for The Home Depot, Inc.,*
*John L. Clendenin, Milledge A. Hart, III,*
*Bonnie G. Hill, Lawrence R. Johnston, Angelo R.*
*Mozilo, and Thomas J. Ridge*

JONES DAY
*/s/ Joseph E. Finley*
George T. Manning
Ga. Bar No. 469369
Joseph E. Finley
Ga. Bar No. 261526
Robert A. Schmoll
Ga. Bar No. 100178
1420 Peachtree Street NE
Atlanta, Georgia  30309
Telephone: (404) 521-3939
Facsimile: (404) 581-8330

*Attorneys for Gregory D. Brenneman, Claudio X.*
*Gonzalez, and Laban P. Jackson, Jr.*

**ALSTON & BIRD LLP**

*/s/ John L. Latham*

Peter Q. Bassett
Ga. Bar No. 041350
John L. Latham
Ga. Bar No. 438675
Brandon Williams
Ga. Bar No. 760888
Ambreen A. Delawalla
Ga. Bar No. 216876
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 253-8931

*Attorneys for Kenneth G. Langone*

**TROUTMAN SANDERS LLP**

*/s/ J. Timothy Mast*

John J. Dalton
Ga. Bar No. 203700
J. Timothy Mast
Ga. Bar No. 476199
Thomas B. Bosch
Ga. Bar No. 068740
5200 Bank of America Plaza
600 Peachtree Street
Atlanta, GA 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

*Attorneys for Defendant Robert L. Nardelli*