Case 1:07-cv-00356-RLV Document 73 Filed 06/17/08 Page 1 of 2

FILED IN CHAMBERS
U.S.D.C. Rome

JUN 17 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

|   |   |
|---|---|
| IN RE HOME DEPOT INC. DERIVATIVE LITIGATION, </br></br> This Document Relates To: </br> ALL ACTIONS | Master File No: </br> 1:07-CV-0356-RLV |

## ▬▬▬▬ ORDER GRANTING JOINT MOTION TO DISMISS

WHEREAS, the parties have jointly moved to dismiss these consolidated shareholder derivative actions based upon the settlement of these actions and certain earlier filed related shareholder derivative actions pending in the Superior Court of Fulton County, Georgia (the "Superior Court");

WHEREAS, the parties' settlement was submitted for approval by the Superior Court, and notice of the settlement was given to affected shareholders in the manner directed by the Superior Court;

WHEREAS, after affected shareholders were given notice and an opportunity to object, the Superior Court held a hearing to approve the settlement and, without receiving any objection, approved the settlement and entered judgment thereupon; and

WHEREAS, pursuant to Federal Rule of Civil Procedure 23.1, this action may not be voluntarily dismissed without Court approval;

For the reasons set forth herein and in the papers submitted by the parties, the Joint Motion to Dismiss is hereby **GRANTED**. This action is hereby **DISMISSED** with each party to bear his, her, or its own costs.

So ordered this 17th day of June, 2008.

_Robert L. Vining, Jr._
Honorable Robert L. Vining, Jr.
United States District Court Judge