# United States Court of Appeals

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 1 9 2008

JAMES N. HATTEN, Clerk

By: _____  Deputy Clerk

**Thomas K. Kahn**
Clerk

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

For rules and forms visit
www.ca11.uscourts.gov

September 18, 2008

James N. Hatten
Clerk, U.S. District Court
75 SPRING ST SW STE 2211
ATLANTA  GA  30303-3318

**Appeal Number: 08-14168-CC**
Case Style: Daniel E. Becnel, Jr. v. Robert L. Nardelli
District Court Number:  07-00356 CV-RLV-1

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Eleanor Dixon (404) 335-6172

Encl.

DIS-4  (3-2005)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

# IN THE UNITED STATES COURT OF APPEALS

SEP 1 9 2008

## FOR THE ELEVENTH CIRCUIT

JAMES N. HATTEN, CLERK
BY: _____
Deputy Clerk

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

SEP 1 8 2008

THOMAS K. KAHN
CLERK

08-14168-CC

DANIEL E. BECNEL, JR.,
MARY HOTARD BECNEL,
Derivatively on Behalf of Nominal Defendant
The Home Depot, Inc.,
ET AL.,

Plaintiffs-Appellees,

versus

ROBERT L. NARDELLI, et al.,

Defendants-Appellees,

DR. JAIME L. HAMBRECHT,

Movant-Appellant.

------------------------

On Appeal from the United States District Court for the
Northern District of Georgia

------------------------

BEFORE:   MARCUS and WILSON, Circuit Judges.

BY THE COURT:

The parties' joint motion to dismiss this appeal with prejudice, with each party

to bear his, her, or its own costs and expenses, is GRANTED.