# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

DOCKETING SECTION
404-215-1655

September 18, 2008

United States Court of Appeals
11th Circuit
56 Forsyth Street, NW
Atlanta, Georgia  30303

USDC Civil Action No. 1:07-cv-356-RLV

USCA No.    08-14168-C

Re: *In Re Home Depot, Inc. Derivative Litigation*

---

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Northern District of Georgia hereby certifies that, as shown on the enclosed index, the record is complete for the purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- **3** Volume(s) of pleadings
- ___ Volume(s) of depositions
- ___ Volume(s) of transcripts
- ___ Volume(s) of exhibits
- ___ Other:

Sincerely,

James N. Hatten
Clerk of Court

By: /s/ Elaine N. McFarland
Deputy Clerk

Enclosures